# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOVARTIS AG  v.  TORRENT PHARMACEUTICALS

No. 16-1352

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Apotex, Inc.
Name of party

I am, or the party I represent is (select one):

☒ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Teresa Stanek Rea
Law Firm: Crowell & Moring LLP
Address: 1001 Pennsylvania Ave., N.W.
City, State and Zip: Washington, DC 20004-2595
Telephone: 202-624-2620
Fax #: 202-628-5116
E-mail address: trea@crowell.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/92

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 4, 2016    Signature of pro se or counsel /s/ Teresa Stanek Rea

cc:

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2016, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System which will automatically send email notification of such filings to all registered users.

> */s/ Teresa Stanek Rea*
> Teresa Stanek Rea
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> (202) 624-2620 (Telephone)
> (202) 628-5116 (Facsimile)
>
> *Counsel for Apotex, Inc.*