# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Novartis AG, Mitsubishi Tanabe Pharma Corp.  v.  Torrent Pharmaceutical Limited, Apotex Inc., Mylan Pharmaceuticals Inc.

No. 16-1352

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☐ As counsel for: Novartis AG
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Robert Trenchard
Law Firm: Gibson, Dunn & Crutcher LLP
Address: 200 Park Avenue
City, State and Zip: New York, NY 10166-0193
Telephone: 212-351-3942
Fax #: 212-351-5242
E-mail address: rtrenchard@gibsondunn.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/09/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  01/04/2016          Signature of pro se or counsel  /s/ Robert Trenchard

cc:  see Certificate of Service

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   January 4, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Robert W. Trenchard | /s/ Robert Trenchard |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Gibson, Dunn, & Crutcher LLP |
| Address | 200 Park Avenue |
| City, State, Zip | New York, NY  10166-0193 |
| Telephone Number | 212-351-3942 |
| Fax Number | 212-351-5242 |
| E-Mail Address | rtrenchard@gibsondunn.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields